```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
GERALD VALME,

                        Plaintiff,                                    CERTIFICATE OF
                                                                      DEFAULT
        - against -
                                                                      Case No.
ASSET MANAGEMENT SERVICES, INC.,                                      11 CV 5303 (JFB)(AKT)

                        Defendants.
------------------------------------------------------------------X
```

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 16 2012 ★
LONG ISLAND OFFICE

I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant ASSET MANAGEMENT SERVICES, INC. has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant ASSET MANAGEMENT SERVICES, INC., is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:          , New York
       16 APR   , 2012

                                        DOUGLAS C. PALMER, Clerk of Court

                                        BY:   /s/ LAURA RIOS
                                        By:   DEPUTY CLERK
                                              Deputy Clerk