UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

GERALD VALME,

                              Plaintiff,                         Case No.
                                                                           11 CV 5303 (JFB)(AKT)

- against -

                                                                           **APPLICATION TO**
ASSET MANAGEMENT SERVICES, INC.,         **ENTER DEFAULT**
                                                                           **JUDGMENT**

                            Defendants.

-----------------------------------------------------------------------------X

      Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure the Plaintiff and Local Civil Rule 55.2, plaintiff, Gerald Valme applies to this Court for entry of default judgment for failure to plead or otherwise defend the above-captioned action against defendant Asset Management Services, Inc., upon the attached Clerk's certificate of default and copy of the claim to which no response has been made.

      Should the Court grant the within application, plaintiff applies for an award of attorney's fees, costs and disbursements upon the affidavits and itemized billing logs of attorneys M. Harvey Rephen, Esq. and William G. Goode, Esq., attached hereto as exhibits.

DATED:   Holbrook, New York
               September 24, 2012

                                                   LAW OFFICE OF WILLIAM G. GOODE

                                                         /s/ William G. Goode
                                        By:_____
                                           William G. Goode (WG 4506)
                                       ATTORNEYS FOR PLAINTIFF
                                       20 Peachtree Court, Suite 106
                                       Holbrook, New York 11741
                                       Phone: 631-223-7740
                                       Fax: 631-676-3281
                                       Email: william@williamgoode.com