UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

GERALD VALME,

                 Plaintiff,

- against -

ASSET MANAGEMENT SERVICES, INC.,

                 Defendants.

------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ OCT 26 2012 ★

LONG ISLAND OFFICE

Case No.
11 CV 5303 (JFB)(AKT)

**DEFAULT JUDGMENT**

The summons and complaint in this action having been duly served on the above named defendants on April 24, 2010 and said defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment. *And the Court having determined that an evidentiary hearing is unnecessary on the issue of damages, in light of affidavit and documentary evidence submitted*

NOW, on motion of William G. Goode, the attorney for the plaintiff, it is hereby *by plaintiff* ORDERED and ADJUDGED that Gerald Valme, the plaintiff, does recover of Asset Management Services, Inc., the defendants, residing at, 6851 Jericho Turnpike, Suite 190 Syosset, NY 11791 the sum of $1,000.00 (One Thousand Dollars), the amount claimed in statutory damages, plus interest with $400.00 (Four Hundred Dollars) for costs and disbursements, and attorneys' fees in the sum of $ 2,835.00 (Two Thousand Eight Hundred Thirty Five Dollars), amount in all to the sum of $ 4,235.00 (Four Thousand Two Hundred Thirty Five Dollars), plus interest at the legal rate in effect on the date of this judgment; and, that the plaintiff have execution therefor. *The Clerk of the Court shall close the case.*

DATED: Oct 26, 2012
              Central Islip, New York

                                    s/ Joseph F. Bianco

                                    Judge Joseph F. Bianco